**Via ECF**  August 31, 2023

The Honorable Nina Gershon
 United States District Judge
The Honorable James Cho
 United States Magistrate Judge
United States District Court for the Eastern
District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Joint Status Report: Albertson Water District v. The Dow Chemical Co. et al.*, No. 2:18-cv-7282-NG-JRC, and *Related Cases* (the "non-SCWA Cases")[1]

Dear Judge Gershon and Judge Cho:

The parties hereby provide the Court with an update on discovery in the 27 non-SCWA Cases, as required by the Third Supplemental Case Scheduling Order. ECF 358.

Under the Court's February 17, 2021 Order (ECF 168), the only deposition discovery to be conducted in these cases at this time is discovery of the plaintiffs and third-party witnesses. Depositions of plaintiffs' representatives began last summer and have continued through the summer of this year. Rule 30(b)(6) depositions of 20 of the 27 plaintiffs have been completed or are scheduled to be completed by the end of September, totaling over 40 days of deposition

---

[1] The following are the Related Cases: (1) *Board of Commissioners of the Manhasset-Lakeville Water District*, No. 19-cv-00085; (2) *Bethpage Water District*, 19-cv-01348; (3) *Carle Place Water District*, 18-cv-07279; (4) *Franklin Square Water District*, 19-cv-02975; (5) *Garden City Park Water District*, 18-cv-07277; (6) *Greenlawn Water District*, 19-cv-03059; (7) *Hicksville Water District*, 19-cv-05632; (8) *Incorporated Village of Garden City*, 19-cv-03197; (9) *Incorporated Village of Hempstead*, 19-cv-03570; (10) *Incorporated Village of Mineola*, 19-cv-02973; (11) *Jericho Water District*, 18-cv-07281; (12) *Locust Valley Water District*, 19-cv-02490; (13) *New York American Water Company, Inc.,* 19-cv-02150; (14) *Oyster Bay Water District*, 18-cv-07272; (15) *Plainview Water District*, 19-cv-01351; (16) *Port Washington Water District*, 18-cv-07266; (17) *Roslyn Water District*, 18-cv-07269; (18) *South Farmingdale Water District*, 19-cv-01404; (19) *South Huntington Water District*, 19-cv-05825; (20) *Town of Hempstead*, 19-cv-05775; (21) *Town of Huntington and Dix Hills Water District*, 19-cv-02986; (22) *Village of Farmingdale,* 23-cv-02254; (23) *Water Authority of Great Neck North,* 18-cv-07271; (24) *Water Authority of Western Nassau County,* 19-cv-02974; (25) *West Hempstead Water District*, 18-cv-07278; and (26) *Westbury Water & Fire District*, 19-cv-02990.

The Honorable Nina Gershon
The Honorable James Cho                                                                August 31, 2023
Page 2

testimony. The parties continue working together to schedule further depositions of Plaintiffs' 30(b)(6) witnesses and other deponents.

The parties also have exchanged initial proposals for further discovery and/or case prioritization. The parties have agreed to continue discussions and to provide a further update to the Court by September 20, 2023.

Accordingly, the parties respectfully request until September 20, 2023, to present the Court with a joint proposal on further discovery and/or case prioritization in the non-SCWA Cases, or, if the parties cannot agree to a joint submission, to submit separate proposals for the Court's consideration.

If the Court has any questions, please do not hesitate to let us know. The parties thank the Court for its attention and courtesies.

Respectfully submitted,

| */s/ Nader R. Boulos* | */s/ Katie H. Jones* |
|---|---|
| NADER R. BOULOS | KATIE H. JONES |
| nboulos@kirkland.com | katie@sheredling.com |
| KEVIN T. VAN WART | MATTHEW K. EDLING |
| kevinvanwart@kirkland.com | matt@sheredling.com |
| **KIRKLAND & ELLIS LLP** | VICTOR M. SHER |
| 300 North LaSalle | vic@sheredling.com |
| Chicago, IL 60654 | STEPHANIE D. BIEHL |
| (312) 862-2000 | stephanie@sheredling.com |
| | QUENTIN C. KARPILOW |
| JOEL ALAN BLANCHET | quentin@sheredling.com |
| jblanchet@phillipslytle.com | **SHER EDLING LLP** |
| ANDREW P. DEVINE | 100 Montgomery St. Suite 1410 |
| adevine@phillipslytle.com | San Francisco, CA 94104 |
| **PHILLIPS LYTLE LLP** | (628) 231-2500 |
| One Canalside | |
| 125 Main Street | |
| Buffalo, NY 14203 | |

The Honorable Nina Gershon
The Honorable James Cho                                           August 31, 2023
Page 3

(716) 847-7050
*Attorneys for Defendant The Dow Chemical Company*

ROBB W. PATRYK
robb.patryk@hugheshubbard.com
FARANAK SHARON TABATABAI
fara.tabatabai@hugheshubbard.com
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, NY 10004
(212) 837-6000
*Attorneys for Defendant Ferro Corporation*

STEPHEN C. DILLARD, *pro hac vice*
steve.dillard@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151

FELICE B. GALANT
felice.galant@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, NY 10019
(212) 318-3000
*Attorneys for Defendant Legacy Vulcan, LLC (formerly known as Vulcan Materials Company)*

MEGAN R. BRILLAULT

*Attorneys for Plaintiffs*[2]

SCOTT MARTIN
smartin@hausfeld.com
**HAUSFELD LLP**
33 Whitehall St., 14th Floor
New York, NY 10004
(646) 357-1100

RICHARD S. LEWIS
rlewis@hausfeld.com
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
(202) 540-7200

JAMES GOTZ
jgotz@hausfeld.com
**HAUSFELD LLP**
One Marina Park Drive, Suite 1410
Boston, MA 02210
(617) 207-0600

KATIE R. BERAN
kberan@hausfeld.com
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
(215) 985-3270
*Attorneys for Plaintiff Suffolk County Water Authority*

---

[2] The Sher Edling firm represents all Plaintiffs in these related cases except Plaintiffs New York American Water (19-cv-2150) and Hicksville Water District (19-cv-5632).

The Honorable Nina Gershon
The Honorable James Cho
Page 4

August 31, 2023

mbrillault@bdlaw.com
DANIEL M. KRAININ
dkrainin@bdlaw.com
PAULA J. SCHAUWECKER
pschauwecker@bdlaw.com
**BEVERIDGE & DIAMOND P.C.**
477 Madison Avenue
15th Floor
New York, NY 10022
212-702-5400
*Attorneys for Defendant Shell Oil Company*

DAVID J. LENDER
david.lender@weil.com
**WEIL, GOTSHAL & MANGES, LLP**
767 Fifth Avenue
New York, NY 10153
212-310-8000

DIANE P. SULLIVAN
diane.sullivan@weil.com
**WEIL GOTSHAL & MANGES LLP**
17 Hulfish Street, Suite 201
Princeton, NJ 08542
609-986-1120
*Attorneys for Defendant The Procter & Gamble Company*

FRANK R. SCHIRRIPA
fschirripa@hrsclaw.com
MICHAEL A. ROSE
mr@hachroselaw.com
HILLARY M. NAPPI
hnappi@hrsclaw.com
**HACH ROSE SCHIRRIPA & CHEVERIE, LLP**
112 Madison Avenue - 10th Floor
New York, New York 10016
(212) 213-8311

J. NIXON DANIEL, III
jnd@beggslane.com
MARY JANE BASS
mjb@beggslane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street
Pensacola, FL 32502
850-469-3306

T. ROE FRAZER, II
roe@frazer.law
THOMAS ROE FRAZER, III
trey@frazer.law
**FRAZER PLC**
30 Burton Hills Blvd., Suite 450
Nashville, TN 37215
615-647-0987
*Attorneys for Plaintiff New York American Water Company, Inc.*

The Honorable Nina Gershon
The Honorable James Cho                                                                August 31, 2023
Page 5

                    Paul J. Napoli
                    pnapoli@nsprlaw.com
                    Lilia Factor
                    lfactor@napolilaw.com
                    **NAPOLI SHKOLNIK PLLC**
                    360 Lexington Avenue, 11th Floor
                    New York, NY 10017
                    (212) 397-1000
                    *Attorneys for Plaintiff Hicksville Water District*

Doc #11364311